# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

|  |  |
|---|---|
| IN RE: ) | CASE NO. 15-20715-JKO |
| LORRAINE E SMITH ) | CHAPTER 13 |
| DEBTOR ) |  |
| ) |  |

### NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING PROPERTY DESCRIBED AS 1249 SW 46 AVENUE UNIT #1412, POMPANO BEACH, FL 33069 AND THAT CERTAIN LOAN MORE SPECIFICALLY IDENTIFIED AS LOAN NUMBER *******3768

NOW COMES Wells Fargo Bank, N.A., by and through its attorney Brock and Scott, PLLC, pursuant to Bankruptcy Rule 9010 and makes its appearance as a secured creditor in this cause and, pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all documents; and be added to the matrix to be served at the addresses below:

Teresa M. Hair
Brock and Scott, PLLC
Attorneys at Law
2001 Northwest 64th Street, Suite 130
Fort Lauderdale, FL 33309
Floridabklegal@Brockandscott.com

Wells Fargo Bank, N.A.
3476 Stateview Blvd
Fort Mill, South Carolina 29715

Please take notice that the undersigned hereby appears as counsel for Wells Fargo Bank, N.A. pursuant to Bankruptcy Rule 9010(b). The undersigned's filing of this notice is limited to the instant case noted above and should not be construed as unlimited representation of the Creditor

15-F09362 BKPOC02




with respect to any and all matters, proceedings, or actions that may be taken in the instant case or any associated case or proceeding involving the above named Creditor.

                                        RESPECTFULLY SUBMITTED,

/s/ *Teresa Hair*
_____
Teresa M. Hair
Attorney at Law (44079)
Brock & Scott, PLLC
2001 Northwest 64th Street, Suite 130
Fort Lauderdale, FL 33309
(954) 618-6955 Ext: 4773
954-618-6954
Floridabklegal@Brockandscott.com

15-F09362 BKPOC02

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that a true and exact copy of the foregoing Notice of Appearance has been electronically served or mailed, postage prepaid on **February 18, 2019** to the following:

Lorraine E Smith, Debtor
P.O.Box 451396
Sunrise, FL 33345

Clare A. Casas, Esq, Debtor's Attorney
7450 Griffin Road #170
Davie, FL 33314
clarecasas@yahoo.com

Robin R Weiner, Bankruptcy Trustee
www.ch13weiner.com
POB 559007
Fort Lauderdale, FL 33355

Office of the US Trustee, US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
USTPRegion21.MM.ECF@usdoj.gov

/s/ Teresa Hair
Teresa M. Hair
Attorney at Law (44079)
Brock & Scott, PLLC
2001 Northwest 64th Street, Suite 130
Fort Lauderdale, FL 33309
(954) 618-6955 Ext: 4773
954-618-6954
Floridabklegal@Brockandscott.com

15-F09362 BKPOC02