**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

CASE NO.: 15-20715-BKC-JKO
PROCEEDING UNDER CHAPTER 13

IN RE:

LORRAINE E SMITH
XXX-XX-8405

<u>DEBTOR                                    </u>/

### REPORT OF NON COMPLIANCE

**COMES NOW** the Trustee, Robin R. Weiner, Esquire, and reports to the Court as follows:

1. Pursuant to Administrative Order 98-6, a Notice of Delinquency was served on January 25, 2019, as a result of the Debtor's failure to remain current under the confirmed plan.

2. The Debtor has not become current.

3. Accordingly, the Trustee reports that this case should be dismissed with prejudice to the Debtor filing any bankruptcy proceeding for a period of 180 days from entry of the order of dismissal.

**WHEREFORE**, the Trustee reports these facts to the Court for appropriate action.
**RESPECTFULLY SUBMITTED** this 14th day of March, 2019.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Report Of Non Compliance was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 14th day of March, 2019.

                                                         */s/ Robin R. Weiner*
                                                         ROBIN R. WEINER, ESQUIRE
                                                         STANDING CHAPTER 13 TRUSTEE
                                                         P.O. BOX 559007
                                                         FORT LAUDERDALE, FL 33355-9007
                                                         TELEPHONE: 954-382-2001
                                                         FLORIDA BAR NO.: 861154

REPORT OF NON COMPLIANCE
CASE NO.:  15-20715-BKC-JKO

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTOR**
LORRAINE E SMITH
P.O.BOX 451396
SUNRISE, FL  33345

**ATTORNEY FOR DEBTOR**
CLARE A. CASAS, ESQUIRE
7450 GRIFFIN ROAD, SUITE 260
DAVIE, FL  33314